UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GEORGE A. SACHS, | |
| Plaintiff, | Civil Case No. 5:23-cv-10643-JEL-DRG |
| v. | Lower Court Case No. 2022-197345-CZ |
| RICARDO INC. / RICARDO PLC, a foreign company having offices in Michigan, et al. | Hon. Judith E. Levy<br>Mag. David R. Gerard |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Melissa Benton Moore of BODMAN PLC, hereby enters her appearance as counsel for defendants Oscilla Power, Inc., Tim Mundon, Balakrishnan Nair, Rahul Shendure, and Jennifer Vining in the above captioned matter.

Respectfully submitted,

BODMAN PLC

By: /s/ Melissa Benton Moore
      J. Adam Behrendt (P58607)
      Melissa B. Moore (P73018)
201 W. Big Beaver Road, Suite 500
Troy, Michigan 48084
248-743-6000
jbehrendt@bodmanlaw.com
mmoore@bodmanlaw.com
Attorneys for Defendants Oscilla Power, Inc., Tim Mundon, Balakrishnan Nair, Rahul Shendure, and Jennifer Vining

April 6, 2023

4886-8470-4856

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, I electronically filed the foregoing papers with the Clerk of the Court using the E-filing system which will send notification of such filing and e-serve the document upon all attorneys of record.

/s/Melissa Benton Moore (P73018)

2

4886-8470-4856