# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| George Sachs<br><br>*Plaintiff,*<br><br>v.<br><br>Ricardo Inc. et al<br><br>*Defendant.* | ) | Civil Action No. 5:23-cv-10643-JEL-DRG<br><br>Hon. Judith E. Levy |

## SUMMONS IN A CIVIL ACTION

To: Next Gen Team

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Next Gen Team
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| George Sachs<br><br>*Plaintiff,*<br><br>v.<br><br>Ricardo Inc. et al<br><br>*Defendant.* | ) | Civil Action No. 5:23-cv-10643-JEL-DRG<br><br>Hon. Judith E. Levy |

**SUMMONS IN A CIVIL ACTION**

To: Paul Rotger

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Paul Rotger
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| George Sachs<br><br>*Plaintiff,*<br><br>v.<br><br>Ricardo Inc. et al<br><br>*Defendant.* | ) | Civil Action No. 5:23-cv-10643-JEL-DRG<br><br>Hon. Judith E. Levy |

**SUMMONS IN A CIVIL ACTION**

To: SEWEC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* SEWEC
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________ ; or

❐ Other *(specify):* ______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| George Sachs<br><br>*Plaintiff,*<br><br>v.<br><br>Ricardo Inc. et al<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 5:23-cv-10643-JEL-DRG<br><br>Hon. Judith E. Levy |

**SUMMONS IN A CIVIL ACTION**

To: Stephanie Hodge

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Stephanie Hodge
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify):* ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

George Sachs

*Plaintiff,*

v.

Ricardo Inc. et al

*Defendant.*

Civil Action No. 5:23-cv-10643-JEL-DRG

Hon. Judith E. Levy

## SUMMONS IN A CIVIL ACTION

To: Tom Benson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Tom Benson
was received by me on *(date)* ________________ .

❒ I personally served the summons on the individual at *(place)* ________________
________________ on *(date)* ________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
________________ , a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
________________ on *(date)* ________________ ; or

❒ I returned the summons unexecuted because ________________ ; or

❒ Other *(specify)*: ________________
________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ________________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| George Sachs<br><br>*Plaintiff,*<br><br>v.<br><br>Ricardo Inc. et al<br><br>*Defendant.* | ) | Civil Action No. 5:23-cv-10643-JEL-DRG<br><br>Hon. Judith E. Levy |

**SUMMONS IN A CIVIL ACTION**

To: Troy Lyons

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Troy Lyons
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| George Sachs<br><br>*Plaintiff,*<br><br>v.<br><br>Ricardo Inc. et al<br><br>*Defendant.* | ) | Civil Action No. 5:23-cv-10643-JEL-DRG<br><br>Hon. Judith E. Levy |

**SUMMONS IN A CIVIL ACTION**

To: Vincent Neary

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Vincent Neary
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify):* ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

George Sachs

*Plaintiff,*

v.

Ricardo Inc. et al

*Defendant.*

Civil Action No. 5:23-cv-10643-JEL-DRG

Hon. Judith E. Levy

**SUMMONS IN A CIVIL ACTION**

To: Wave Energy Conversion Corporation of America

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Wave Energy Conversion Corporation of America
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify):* ______________
______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| George Sachs<br><br>*Plaintiff,*<br><br>v.<br><br>Ricardo Inc. et al<br><br>*Defendant.* | ) | Civil Action No. 5:23-cv-10643-JEL-DRG<br><br>Hon. Judith E. Levy |

**SUMMONS IN A CIVIL ACTION**

To: Yuming Liu

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Yuming Liu
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify):* ____________
____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| George Sachs<br><br>*Plaintiff,*<br><br>v.<br><br>Ricardo Inc. et al<br><br>*Defendant.* | Civil Action No. 5:23-cv-10643-JEL-DRG<br><br>Hon. Judith E. Levy |

**SUMMONS IN A CIVIL ACTION**

To: Nick Wynn

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Nick Wynn
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| George Sachs<br><br>*Plaintiff,*<br><br>v.<br><br>Ricardo Inc. et al<br><br>*Defendant.* | ) | Civil Action No. 5:23-cv-10643-JEL-DRG<br><br>Hon. Judith E. Levy |

**SUMMONS IN A CIVIL ACTION**

To: Nicholas Gray

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Nicholas Gray ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*: ______________________
______________________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

George Sachs

*Plaintiff,*

v.

Ricardo Inc. et al

*Defendant.*

Civil Action No. 5:23-cv-10643-JEL-DRG

Hon. Judith E. Levy

**SUMMONS IN A CIVIL ACTION**

To: Paul Brewster

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Paul Brewster
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify):* __________
__________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| George Sachs<br><br>*Plaintiff,*<br><br>v.<br><br>Ricardo Inc. et al<br><br>*Defendant.* | ) | Civil Action No. 5:23-cv-10643-JEL-DRG<br><br>Hon. Judith E. Levy |

**SUMMONS IN A CIVIL ACTION**

To: Scott Beatty

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Scott Beatty
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify):* ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

George Sachs

*Plaintiff,*

v.

Ricardo Inc. et al

*Defendant.*

Civil Action No. 5:23-cv-10643-JEL-DRG

Hon. Judith E. Levy

## SUMMONS IN A CIVIL ACTION

To: Sean Lavelle

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Sean Lavelle
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| George Sachs<br><br>*Plaintiff,*<br><br>v.<br><br>Ricardo Inc. et al<br><br>*Defendant.* | ) | Civil Action No. 5:23-cv-10643-JEL-DRG<br><br>Hon. Judith E. Levy |

**SUMMONS IN A CIVIL ACTION**

To: Sean Lewis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Sean Lewis
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify):* ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

George Sachs

*Plaintiff,*

v.

Ricardo Inc. et al

*Defendant.*

Civil Action No. 5:23-cv-10643-JEL-DRG

Hon. Judith E. Levy

**SUMMONS IN A CIVIL ACTION**

To: Sea Potential

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sachs
1845 Woodland Ave.
Sylvan Lake, MI 48320

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 7, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:23-cv-10643-JEL-DRG
Hon. Judith E. Levy

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Sea Potential
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________ ; or

❐ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc: