UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE SACHS,

        Plaintiff,                       Case No. 23-cv-10643

vs.                                          HON. MARK A. GOLDSMITH

RICARDO INC. et al.,

        Defendants.

_____/

## JUDGMENT

Judgment is entered in accordance with the opinions and orders entered on March 1, 2024 and April 10, 2024.  All claims are dismissed with prejudice. The case is closed.

                                                      KINIKIA ESSIX
                                                        CLERK OF THE COURT

                                            By:    s/Karri Sandusky
                                                        DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: April 10, 2024