Case No. 24-1468

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

GEORGE SACHS, dba Paradyme Systems USA

    Plaintiff - Appellant

v.

RICARDO INC., et al.

    Defendants - Appellees

This appeal being duplicative of Case No. 24-1420, it is hereby **DISMISSED**.

                                            **ENTERED PURSUANT TO RULE 45(a),**
                                            **RULES OF THE SIXTH CIRCUIT**
                                            Kelly L. Stephens, Clerk

Issued: May 31, 2024

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 05/31/2024.

**Case Name:** George Sachs v. Ricardo Inc., et al
**Case Number:** 24-1468

**Docket Text:**
ORDER filed to dismiss as a duplicate appeal of case number 24-1420. 6th Cir. R. 45(a)(8). No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mike Morrow
3175 Azelea Drive, S.
Salem, OR 97302

George Sachs
1845 Woodland Avenue
Sylvan Lake, MI 48320

**A copy of this notice will be issued to:**

Mr. Anthony A. Agosta
Mr. Richard William Arnholt
Ms. Laura C. Baucus
Mr. Gabriel E. Bedoya
Mr. John Adam Behrendt
Mr. Bradley H. Darling
Ms. Rian Dawson
Ms. Josephine A. DeLorenzo
Mr. Joseph Anthony Doerr
Ms. Kinikia D. Essix
Mr. James M. Fishman
Mr. Jonathan B. Frank
Mr. Jeffrey F. Gersh
Mr. John Michael Huget
Mr. Brian R. Iverson
Mr. Thomas L. Kent

Mr. Donald Joseph Koehler II
Mr. Jeffrey S. Love
Ms. Melissa Benton Moore
Mr. Matthew Reinhardt
Mr. Matthew J. Stanczyk
Mr. Brian C. Summerfield