Case No. 24-1420

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ORDER

GEORGE SACHS, dba Paradyme Systems USA

      Plaintiff - Appellant

v.

RICARDO INC., et al.

      Defendants - Appellees

  Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by June 25, 2024.

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                        **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: July 12, 2024

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 07/12/2024.

**Case Name:** George Sachs v. Ricardo Inc., et al
**Case Number:** 24-1420

**Docket Text:**
ORDER filed to dismiss for want of prosecution for failure to file the appellant brief. No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mike Morrow
3175 Azelea Drive, S.
Salem, OR 97302

George Sachs
1845 Woodland Avenue
Sylvan Lake, MI 48320

**A copy of this notice will be issued to:**

Mr. Anthony A. Agosta
Mr. Richard William Arnholt
Ms. Laura C. Baucus
Mr. Gabriel E. Bedoya
Mr. John Adam Behrendt
Mr. Bradley H. Darling
Ms. Rian Dawson
Ms. Josephine A. DeLorenzo
Mr. Joseph Anthony Doerr
Ms. Kinikia D. Essix
Mr. Jonathan B. Frank
Mr. Brian R. Iverson
Mr. Thomas L. Kent
Mr. Donald Joseph Koehler II
Mr. Jeffrey S. Love
Ms. Melissa Benton Moore

Mr. Matthew Reinhardt
Mr. Brian C. Summerfield