Case No. 24-1420

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

GEORGE SACHS, dba Paradyme Systems USA

    Plaintiff - Appellant

v.

RICARDO INC.; WESLEY SCHARMEN; PHILIP MICHAEL; JZ CONSULTING, LLC; JULIE ZONA; POLARIS STRATEGIC COMMUNICATIONS, LLC; CHRISTINE FUENTES; DARSHAN KARWAT; STEPHANIE HODGE; JOCHEM WEBER; MIT UNIVERSITY; MIT SEA GRANT PROGRAM & TEAM IOWEE; STEFANO BRIZZOLARA; CALWAVE; MARCUS LEHMANN; M3 WAVE; MIKE MORROW; ATARGIS ENERGY CORPORATION; STEFAN SIEGEL; OSCILLA POWER, INC.; TIM MUNDON; BALAKRISHNAN NAIR; JENNIFER VINING; RAHUL SHENDURE; RTI WAVE POWER; JOHN ROHRER; DICK K. P. YUE; YUMING LIU; SEAN LEWIS; SEA POTENTIAL; TIM MACDONALD; PAUL BREWSTER; SEWEC; NICK WYNN; BYRON BARNES; CAROL BENNETT; TOM BENSON; CASEY BIRMINGHAM; NICHOLAS GRAY; SEAN LAVELLE; HARVEST WAVE ENERGY; WAVESWING AMERICA, aka AWS Ocean Energy; STEVENS INSTITUTE OF TECHNOLOGY; MUHAMMAD HAJI; LEE FINGERSH; SCOTT JENNE; JAMES GOSE; KEVIN MAKI; TROY LYONS; CURTIS LIBBY; ANTHONY VISELLI; LOCKHEED MARTIN CORPORATION; HONEYWELL INTERNATIONAL, INC.; SANDIA NATIONAL LABORATORIES; VINCENT NEARY; ANN DALLMAN; BUDI GUNAWAN; DIANA BULL; KELLEY RUEHL; CHARLES MAHER; RE-VISION CONSULTING, LLC; MIRKO PREVISIC; MICHAEL TRIANTAFYLLOU; NEXT GEN TEAM; MCNATT OCEAN ENERGY, aka Mocean Energy, Ltd.; CAMERON MCNATT; CHRIS RETZLER; WAVE ENERGY CONVERSION CORPORATION OF AMERICA; BRIAN CUNNINGHAM; DAVID KREAMER; EVAN YOUNG; CHRISTOPHER PRICE; JIM CLINTON; JOSEPH NEWBERGER; MANHAR DHANAK; MOHAMMAD REZA ALAM; PAUL ROTGER; AQUAHARMONICS; ALEX HAGMULLER; MAX GINSBURG; FREDERICK DRISCOLL; JEFF SCRUGGS; PEDRO LOMONACO; DYLAN TEMPLE; SCOTT BEATTY; ROBERT THESHER; JOHN DOE, 1-8; UNITED STATES OF AMERICA, for Ernest Moniz, Alison LaBonte, Jose Zajas, Pamela Brodie, and Gary Nowakowkski

    Defendants - Appellees

Upon consideration of the appellant's motion to reinstate the case,

And it appearing that the default which led to dismissal of the appeal has been cured,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: September 17, 2024

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 09/17/2024.

**Case Name:** George Sachs v. Ricardo Inc., et al
**Case Number:** 24-1420

**Docket Text:**
ORDER filed granting motion to reinstate case [7214341-2].

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mike Morrow
3175 Azelea Drive, S.
Salem, OR 97302

George Sachs
1845 Woodland Avenue
Sylvan Lake, MI 48320

**A copy of this notice will be issued to:**

Mr. Anthony A. Agosta
Mr. Richard William Arnholt
Ms. Laura C. Baucus
Mr. Gabriel E. Bedoya
Mr. John Adam Behrendt
Mr. Bradley H. Darling
Ms. Rian Dawson
Ms. Josephine A. DeLorenzo
Mr. Joseph Anthony Doerr
Ms. Kinikia D. Essix
Mr. Jonathan B. Frank
Mr. Brian R. Iverson
Mr. Thomas L. Kent
Mr. Donald Joseph Koehler II
Mr. Jeffrey S. Love
Ms. Melissa Benton Moore

Mr. Matthew Reinhardt
Mr. Brian C. Summerfield