## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 04, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 24-1420, *George Sachs v. Ricardo Inc., et al*
           Originating Case No. 2:23-cv-10643

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                Sincerely yours,

                                s/Kelly Stephens
                                Appeal Case Manager: Robin for Virginia
                                Direct Dial No. 513-564-7032

cc: Mr. Anthony A. Agosta
    Mr. Richard William Arnholt
    Ms. Laura C. Baucus
    Mr. Gabriel E. Bedoya
    Mr. John Adam Behrendt
    Mr. Bradley H. Darling
    Ms. Rian Dawson
    Ms. Josephine A. DeLorenzo
    Mr. Joseph Anthony Doerr
    Mr. Jonathan B. Frank
    Mr. Brian R. Iverson
    Mr. Thomas L. Kent
    Mr. Donald Joseph Koehler II
    Mr. Jeffrey S. Love
    Ms. Melissa Benton Moore
    Mr. Mike Morrow
    Mr. Matthew Reinhardt
    Mr. George Sachs
    Mr. Brian C. Summerfield

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-1420

_____

Filed: August 04, 2025

GEORGE SACHS, dba Paradyme Systems USA

       Plaintiff - Appellant

v.

RICARDO INC.; WESLEY SCHARMEN; PHILIP MICHAEL; JZ CONSULTING, LLC; JULIE ZONA; POLARIS STRATEGIC COMMUNICATIONS, LLC; CHRISTINE FUENTES; DARSHAN KARWAT; STEPHANIE HODGE; JOCHEM WEBER; MIT UNIVERSITY; MIT SEA GRANT PROGRAM & TEAM IOWEE; STEFANO BRIZZOLARA; CALWAVE; MARCUS LEHMANN; M3 WAVE; MIKE MORROW; ATARGIS ENERGY CORPORATION; STEFAN SIEGEL; OSCILLA POWER, INC.; TIM MUNDON; BALAKRISHNAN NAIR; JENNIFER VINING; RAHUL SHENDURE; RTI WAVE POWER; JOHN ROHRER; DICK K. P. YUE; YUMING LIU; SEAN LEWIS; SEA POTENTIAL; TIM MACDONALD; PAUL BREWSTER; SEWEC; NICK WYNN; BYRON BARNES; CAROL BENNETT; TOM BENSON; CASEY BIRMINGHAM; NICHOLAS GRAY; SEAN LAVELLE; HARVEST WAVE ENERGY; WAVESWING AMERICA, aka AWS Ocean Energy; STEVENS INSTITUTE OF TECHNOLOGY; MUHAMMAD HAJI; LEE FINGERSH; SCOTT JENNE; JAMES GOSE; KEVIN MAKI; TROY LYONS; CURTIS LIBBY; ANTHONY VISELLI; LOCKHEED MARTIN CORPORATION; HONEYWELL INTERNATIONAL, INC.; SANDIA NATIONAL LABORATORIES; VINCENT NEARY; ANN DALLMAN; BUDI GUNAWAN; DIANA BULL; KELLEY RUEHL; CHARLES MAHER; RE-VISION CONSULTING, LLC; MIRKO PREVISIC; MICHAEL TRIANTAFYLLOU; NEXT GEN TEAM; MCNATT OCEAN ENERGY, aka Mocean Energy, Ltd.; CAMERON MCNATT; CHRIS RETZLER; WAVE ENERGY CONVERSION CORPORATION OF AMERICA; BRIAN CUNNINGHAM; DAVID KREAMER; EVAN YOUNG; CHRISTOPHER PRICE; JIM CLINTON; JOSEPH NEWBERGER; MANHAR DHANAK; MOHAMMAD REZA ALAM; PAUL ROTGER; AQUAHARMONICS; ALEX HAGMULLER; MAX GINSBURG; FREDERICK DRISCOLL; JEFF SCRUGGS; PEDRO LOMONACO; DYLAN TEMPLE; SCOTT BEATTY; ROBERT THESHER; JOHN DOE, 1-8; UNITED STATES OF AMERICA, for Ernest Moniz, Alison LaBonte, Jose Zajas, Pamela Brodie, and Gary Nowakowkski

       Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 06/10/2025 the mandate for this case hereby issues today.

COSTS: None